UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR L. LEWIS, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 98 C 5596 |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE AND PROPOSED ORDER PERMITTING WITHDRAWAL OF COUNSEL**

Patrick O. Patterson, Law Office of Patrick O. Patterson, S.C., hereby requests permission to withdraw as one of the attorneys for the plaintiffs and the class in the above-entitled action. Effective May 10, 2010, Mr. Patterson has accepted the position of Senior Counsel to the Chair of the U.S. Equal Employment Opportunity Commission in Washington, D.C., and therefore will no longer be engaged in the private practice of law. The plaintiffs and the class will continue to be represented by their other counsel in this action, and Mr. Patterson's withdrawal can be accomplished without any materially adverse effect on their interests.

Dated: May 6, 2010

LAW OFFICE OF PATRICK O. PATTERSON, S.C.
/s Patrick O. Patterson
Patrick O. Patterson, SBN 1014157
7481 North Beach Drive
Fox Point, WI 53217
414-351-4497

/s Matthew J. Piers
One of the Attorneys for Plaintiffs
Matthew J. Piers
Hughes Socol Piers Resnick & Dym
70 W. Madison St., Suite 4000
Chicago, Illinois 60602

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTHUR L. LEWIS, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 98 C 5596 |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

IT IS ORDERED THAT Patrick O. Patterson, Law Office of Patrick O. Patterson, S.C., is permitted to withdraw, and as of the date of this Order is hereby deemed to have withdrawn, as attorney of record for the plaintiffs and the class in the above-entitled action, without prejudice to any claim for costs and attorney's fees for work performed prior to the date of this Order.

Dated:_____   BY THE COURT

                                 _____
                                 Hon. Joan B. Gottschall
                                 United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certify that he caused a true and correct copy of this NOTICE AND PROPOSED ORDER PERMITTING WITHDRAWAL OF COUNSEL to be served through CM/ECF system automatically to all counsel of record on this 6th day of May 2010.

/s/ Matthew J. Piers
One of the Attorneys for the Plaintiffs