# 1995 Chicago Firefighter Examination Class Action

 

Chicago Lawyers' Committee for Civil Rights Under Law, Inc.

LDF
DEFEND EDUCATE EMPOWER

October 3, 2011

[Preprinted name and address]

Re: 1995 Firefighter Test Class Action Lawsuit, *Lewis v. City of Chicago*

Dear Class Member:

You are receiving this letter by order of the U.S. District Court for the Northern District of Illinois. We are writing you, as the lawyers for the class, to advise you that:

(a)  We have **NOT** received your Interest Card.

(b)  You still have an opportunity, however, to return an Interest Card. By Court order, the deadline for receipt of Interest Cards has been extended by almost two weeks until **October 17, 2011**. (The Court ordered the extension to avoid an unjust result and protect class members after the City of Chicago made an error in postage that might have prevented some class members from returning their Interest Cards sooner).

(c)  We have received returned Interest Cards from more than 3,000 class members – but NOT from you. Class members whose Interest Card have been received by us are not being sent this letter.

(d)  Therefore, because returning an interest card increases your chance of being selected for a candidate firefighter job, if you want to be considered for one of the 111 candidate firefighter positions, you should *immediately* fill out and return *the Interest Card enclosed with this letter*. Even if you filled out and returned an Interest Card last month (in September 2011), you should fill out and return this one too, because we have NOT yet received one from you.

YOU HAVE TWO BASIC OPTIONS.

1.  *If you do NOT want to be considered for one of the 111 candidate firefighter positions*, you can do NOTHING. Alternatively, you could also return the Interest Card enclosed with this letter, checking the box, "I do NOT want to be considered for a candidate firefighter job." Either way, you will NOT be considered for a job, and you WILL still be eligible to share in the backpay money.

2.  *If you DO want to be considered for one of the 111 firefighter positions*, then you should **immediately** fill out and return the Interest Card enclosed



with this letter. Even though we may still receive the Interest Card you may have already mailed in, we urge you to send in the enclosed Interest Card as well. We must **receive** an Interest Card from you by **October 17, 2011.** Please return your Interest Card by mail, using the enclosed stamped envelope. *In addition,* we also encourage you to fax us a copy (to 312-604-2613) or email us a pdf copy (to vcortez@hsplegal.com). As you have been informed previously, if you are not selected for a job, you WILL still be eligible to share in the backpay money.

In addition, please note the following:

• Do NOT send us your medical authorization form, You will provide it directly to the City if, and only if, you are called to take the Physical Abilities Test. .We cannot and will not be able to submit the form for you.

• Please do NOT contact the Court with questions about this lawsuit. If you have questions or concerns about the case, please contact Veronica Cortez at HUGHES SOCOL PIERS RESNICK & DYM, LTD., by calling her at (312) 604-2612 or by email to vcortez@hsplegal.com. You can also always get the most current news about this class action lawsuit at the class website, www.cfd1995testlitigation.com.

Sincerely,

Matthew J. Piers
Joshua Karsh
HUGHES SOCOL PIERS
   RESNICK & DYM, LTD.
*TWO OF THE ATTORNEYS FOR THE PLAINTIFF CLASS*

Enclosure