# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 5596 | **DATE** | 3/21/2012 |
| **CASE TITLE** | Lewis Jr., et al vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Enter Order awarding Plaintiffs' attorney's fees and costs.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2012 MAR 22 PM 2:38
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|