# EXHIBIT B

Lewis v. City of Chicago
98 C 5596
Class Members Hired Pursuant to Paragraph A4 of Injunctive Order of Relief
Prepared Pursuant to Paragraph C3 of Injunctive Order

| FIRST NAME | LAST NAME |
|---|---|
| DANIEL | ABDULLAH |
| TERRELL | AKONS |
| DERRICK | ALLEN |
| REGINALD | ARRINGTON |
| PATRICK | BAILEY |
| JAMES | BISBEE |
| MORRIS | BISHOP |
| ANDRE | BLACKWELL |
| CHRISTOPHER | BOLDEN |
| ROBERT | BOWSKY |
| BRIAN | BROWN |
| CLAUDE | BROWN |
| JEMEL | BROWN |
| TANGI | BROWN |
| JASON | CARDENAS |
| CLEVELAND | CARR |
| RANDY | CARSON |
| ANTHONY | CHANEY |
| MELISSA | CHVAL |
| GRADY | CLARK |
| GREGORY | CLAUSSELL |
| SHELBY | CLIFTON |
| JOHN | COATAR |
| BARRY | COLEMAN |
| MICHAEL | COLLINS |
| ANDRE | DANIELS |
| DENNIS | DANIELS |
| LORENZO | DOUGLAS |
| TIMOTHY | DUNBAR |
| MICHAEL | EDWARDS |
| KIM | ELDRIDGE |
| RUSSELL | FAIRCHILD |
| NATHAN | GIBSON |
| STEPHAN | GRANDBERRY |
| ONEAL | GRAY |
| TERRANCE | GRIFFIN |
| MICHAEL | GUY |
| FRANK | HARRIS |
| DANIEL | HEAD |
| ROBERT | HERRON |
| CAVELL | HILL |
| CALVIN | HOLCOMB |
| KEVIN | HOPKINS |
| STEVEN | IGESS |
| PATRICK | INGRAM |
| RAYMOND | IRELAND |
| WILLIAM | JARVIS |
| JIMMY | JOHNSON |
| JERRY | JONES |
| MARVIN | JONES |
| RILEY | JONES |

Lewis v. City of Chicago
98 C 5596
Class Members Hired Pursuant to Paragraph A4 of Injunctive Order of Relief
Prepared Pursuant to Paragraph C3 of Injunctive Order

| FIRST NAME | LAST NAME |
| --- | --- |
| ANTUANE | KING |
| BRIAN | LANE |
| FREDELL | LANG, JR |
| DONALD | LEWIS |
| MILTON | LUSTER |
| PATRICK | MCCOLLUM |
| DARYL | MCINTOSH |
| HERBERT | MELTON |
| HERMAN | MORGAN |
| ISMAIL | MUHAMMAD |
| KENDRICK | MUSE |
| BRANDON | NAPIER |
| LAWRENCE | NOBLE |
| SAMUEL | NOLAN |
| TYRONE | NORMAN |
| JOHN | ONEAL |
| ANTHONY | OWENS |
| ROBERT | OWENS |
| ALGERNON | PARKER |
| ROBERT | PARKS |
| DARRELL | PAYNE |
| SHAUN | PEEBLES |
| CHARLIE | PERSON JR |
| WILLIAM | POWELL |
| MICHAEL | REED |
| KIRK | ROBERTS |
| HERSCHEL | ROSE |
| PHILLIP | SCARBOROUGH |
| JOSEPH | SHARRIEFF |
| RODNEY | SHELTON |
| MARK | SHORT |
| CHRIS | SIGNATOR |
| BRYAN | SLEDGE |
| BURKE | SMITH |
| BYRON | SMITH |
| DERRICK | SMITH |
| LIONEL | SMITH |
| JOHN | STELLY |
| LEONARD | SUMMERRISE |
| MICHAEL | TAQEE |
| EZEKIEL | TAYLOR |
| SHERMAN | TAYLOR |
| LINDA | THOMAS |
| RICHARD | THOMAS |
| MARCELLUS | THORNTON |
| ANTONIO | TOLLIVER |
| MARSHALL | WADE |
| ROBERT | WALKER |
| MARK | WALLACE |
| LARRY | WHITEHORN |
| BENJAMIN | WHITT |

Lewis v. City of Chicago
98 C 5596
## Class Members Hired Pursuant to Paragraph A4 of Injunctive Order of Relief
### Prepared Pursuant to Paragraph C3 of Injunctive Order

| FIRST NAME | LAST NAME |
|---|---|
| REY | WILDER |
| ANDRE | WILLIAMS |
| FREDDIE | WILLIAMS |
| JAMES | WILLIAMS |
| RAMSEY | WILLIAMS |
| BRIAN | WILSON |
| BRUCE | WILSON |
| VICTOR | WILSON |
| MAURICE | WYATT |