# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR L. LEWIS, JR., *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, *et al.*,<br><br>    Defendants. | Case No: 1:98-cv-5596<br><br>Hon. Joan B. Gottschall |

## **DECLARATION OF BRIAN HELMOLD**

I, Brian Helmold, am over the age of 18 and make this Declaration on my own personal knowledge:

1. I am the Deputy Fire Commissioner for the Bureau of Administrative Services for the Chicago Fire Department ("CFD"). I oversee the CFD Division of Labor Relations and the CFD Medical Section, Manpower and Training.

2. In that role, I am among the CFD employees responsible for participating in the development of promotional examinations and implementing promotions from the resulting certified promotional lists.

3. Since March 1, 2020, the City of Chicago Department of Human Resources ("DHR") has administered one promotional examination for promotions to the rank of Fire Engineer. The written examination was announced on March 18, 2022.

4. Since March 1, 2020, DHR has not administered a promotional examination for promotions to the rank of Fire Lieutenant. The last promotional examination for promotions to the rank of Fire Lieutenant was announced on September 20, 2019.

      I declare under penalty of perjury pursuant to the law of the United States of America that the foregoing is true and correct, and that this declaration was executed on January 31, 2024.

Dated: January 31, 2024

/s/ Brian Helmold

Brian Helmold

75365243v1