# EXHIBIT 2

 

# CHICAGO FIRE DEPARTMENT
## PERSONNEL MEMO M-03-22

*March 18, 2022*

**SUBJECT: NOTICE OF JOB ANNOUNCEMENT – FIRE ENGINEER**

The City of Chicago Department of Human Resources has posted the Job Announcement for the position of **Fire Engineer** on their website. The application period **begins today, Friday, March 18, 2022, and ends at 11:59pm on Friday, April 8, 2022.**

The written examination portion of the testing process is scheduled for **Wednesday, June 15, 2022.** The proficiency test will be scheduled after the written exam.

All applications must be completed online. The job announcement can be found online via the following link:

https://chicago.taleo.net/careersection/107/jobsearch.ftl

The Study Guide for the written exam is available now on the CFD SharePoint website under the "Promotional Corner/FS&R Engineer" tab.


**BY ORDER OF:**  **APPROVED:**

*Brian Helmold* (signature)  *Annette Nance-Holt* (signature)

**Brian Helmold**  **Annette Nance-Holt**
**Deputy Fire Commissioner**  **Fire Commissioner**
**Bureau of Administrative Services**

**TO BE READ AT FOUR (4) ROLL CALLS AND POSTED.**
**Distribution: A**