# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBRECHT,<br><br>Defendant. | Civil Action No. 80-C-1590 |

## ORDER GRANTING JOINT MOTION
## TO DISSOLVE CONSENT DECREE

Having reviewed the parties' Joint Motion to Dissolve Consent Decree (Doc. 78) and the parties' Memorandum in Support of the Parties' Joint Motion to Dissolve Consent Decree (Doc. 79), this Court finds that minority representation in each promotional rank of the City of Chicago Fire Department ("CFD") has increased substantially since entry of the *Albrecht* Decree. The Court also finds that City of Chicago has made good-faith efforts to comply with the Decree, and dissolution of the Decree will not limit or hamper future challenges to alleged employment discrimination in the CFD.

Wherefore, it is hereby **ORDERED** that the Consent Decree entered on March 31, 1980, is dissolved in its entirety, that this matter is ended, and that this action is dismissed.

Date: June 16, 2022

CHIEF JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE

1