# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Arthur L Lewis Jr, et al.
                          Plaintiff,

v.
                                                        Case No.: 1:98−cv−05596
                                                        Honorable Joan B. Gottschall

City of Chicago, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter memorandum opinion and order denying without prejudice the pending motion [763] to enforce judgment and issue a rule to show cause. Consistent with the accompanying order, in the future, previously−unnamed class members must apply to intervene under Federal Rule of Civil Procedure 24, and any attorney wishing to be appointed or substituted as class counsel must file an appropriate motion under Rule 23(g).Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.