# Exhibit B

# Chval Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ARTHUR L. LEWIS, JR., et al.,** | * | |
| Plaintiffs, | * | Case No. **1:98-cv-5596** |
| | * | |
| v. | * | Judge: **Hon. Joan B. Gottschall** |
| | * | |
| **CITY OF CHICAGO,** | * | |
| Defendant. | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF MELISSA JO CHVAL

I, Melissa Jo Chval, declare as follows:

1. I am over the age of 18, competent to testify, and a member of the shortfall group hired pursuant to this Court's August 17, 2011, Injunctive Order.

2. I am also a member of the "Godfrey class" within the shortfall group, which consists of approximately 12 members affected by the inconsistent application of retroactive seniority for promotional eligibility.

3. I was hired by the Chicago Fire Department on March 16, 2012, pursuant to the Court's Injunctive Order.

4. I have personal knowledge of the facts stated in this declaration.

5. Since 2017, I and other Godfrey class members have experienced significant disadvantages in promotion opportunities despite receiving retroactive seniority.

6. The time-in-grade exception to the retroactive seniority provision in the Court's Injunctive Order has created unforeseen consequences that have systematically disadvantaged Godfrey class members in promotions.

7. I have lost the following promotional opportunities due to the City's disparate impact racial discrimination and the limitations on seniority points for promotional exams:
   a. 2001 Engineer Exam
   b. 2007 Engineer Exam
   c. 2009 Fire Lieutenant Exam
   d. 2017 Captain Exam
   e. 2019 Battalion Chief Exam
   f. 2022 Battalion Chief Exam

8. I am aware that Rodney Shelton contacted Hughes, Socol, Piers, Resnick, and Dym in February 2019, to request representation for these issues.

9. Attorney Matthew Piers responded on March 4, 2019, stating: "We are not in a position to provide you with assistance in this matter, and if you wish to pursue it, you should retain other counsel."

10. I have also attempted to reach prior counsel for the Godfrey class regarding these issues, but these efforts have not resulted in substantive engagement.

11. I believe appointment of new class counsel is necessary to protect the interests of the Godfrey class and the shortfall group regarding these promotion-related issues.

12. I request that Attorneys Chiquita Hall-Jackson, S. Todd Yeary, Kevin Mahoney, and Rodney Diggs be appointed as substitute class counsel for the shortfall group pursuant to Federal Rule of Civil Procedure 23(g).

I declare under penalty of perjury that the foregoing is true and correct.

Signed by:
*Melissa Jo Chval*
57D2CB723C3044A...
Melissa Jo Chval
Member of the Godfrey Class

5/3/2025
_____
Date